IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IMPULSE TECHNOLOGY LTD.,

    Plaintiff;

v.

MICROSOFT CORPORATION, et al,

    Defendants.

Civil Action No. 11-586-RGA

ORDER

For the reasons stated in the accompanying Memorandum, the Reports and Recommendations (D.I. 409, 411) are **ADOPTED**. Defendants' Motion for Summary Judgment of Noninfringement (D.I. 332) is **GRANTED** as to fourteen of the fifteen asserted claims. (*See* D.I. 411 at 1 & 2). The Motion for Partial Summary Judgment of Invalidity (D.I. 330) is **DENIED**. The pending Daubert motions (D.I. 326, 337) are **DISMISSED AS MOOT**.

The Clerk is directed to **CLOSE** the case.

IT IS SO ORDERED this 22 day of September 2015.

                                                                             */s/ Richard G. Andrews*
                                                                             United States District Judge